# UNITED STATES DISTRICT COURT
# FOR THE
# EASTERN DISTRICT OF LOUISIANA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## IN RE: HURRICANE IDA CLAIMS

### ORDER NO. 11 CERTIFYING CASES TO BE RETURNED TO THE DOCKET

Pursuant to Sections 3.D and E of CMO No. 1. in this matter, the undersigned hereby certifies that the parties in the cases listed below have complied with the requirements of the Streamlined Settlement Program and have not resolved their respective cases.  Accordingly, the stay in these matters is hereby lifted and the Clerk is directed to return each case to the docket of the presiding District Judge so that it can be set for a scheduling conference.  The Clerk is further directed to notify the case manager of each affected District Judge of this filing.

| PLAINTIFF | DEFENDANT | DOCKET NO. | JUDGE | MJ |
|---|---|---|---|---|
| B-3 Consulting LLC | Scottsdale Insurance Company | 2:22-cv-04014 | Lemelle | Roby |
| Henry and Lisa Arrington | Allied Trust Insurance Company | 2:22-cv-03842 | Vance | North |
| Dianne Dupre | Geo Vera Specialty Insurance Company | 2:22-cv-04136 | Vance | Meerveld |
| Furniture Mart LLC | StarStone Specialty Insurance Company | 2:22-cv-04489 | Brown | Roby |
| LaFranka and Derrick Harvey | Garrison Property and Casualty Insurance Company | 2:22-cv-04634 | Guidry | North |
| Cheryl and Adam Barth | QBE Specialty Insurance Company | 2:23-cv-00442 | Barbier | Meerveld |
| Betty Williams | State Farm Fire and Casualty Company | 2:22-cv-05343 | Fallon | Currault |
| Gary and Wendy Savelle | State Farm Fire & Casualty  Company | 2:23-cv-00390 | Guidry | Roby |
| Eric and Rahcel Eustis | USAA Casualty Insurance Company | 2:23-cv-00188 | Zainey | Currault |
| Peoples United Methodist Church | Church Mutual Insurance Company, S.I. | 2:23-cv-00270 | Barbier | Meerveld |
| Billy and Tammy Gason | State Farm Fire & Casualty  Company | 2:23-cv-00278 | Papillion | Roby |
| Sandra Duplantis | Allstate Indemnity Company | 2:23-cv-00338 | Lemelle | Currault |
| Karen and Damond Johnson Sr | State Farm Fire & Casualty  Company | 2:23-cv-00960 | Brown | Meerveld |
| Bedford Group LLC | Bankers Insurance Company | 2:23-cv-01103 | Africk | Meerveld |
| Kathleen Koester and Kenneth Bopp | State Farm Fire & Casualty  Company | 2:23-cv-01218 | Vance | Meerveld |
| Anita Robertson | State Farm Fire & Casualty  Company | 2:23-cv-01380 | Morgan | Currault |
| Janice Bracamontes | Geo Vera Specialty Insurance Company | 2:23-cv-01593 | Fallon | Currault |
| Randolph and Mildred Butler | Allied Trust Insurance Company | 2:23-cv-01657 | Ashe | Meerveld |
| Byblos Development LLC | Safepoint Insurance Company | 2:23-cv-01713 | Brown | North |
| Jane Tavlin | State Farm Fire & Casualty  Company | 2:23-cv-01788 | Barbier | Currault |
| Kisha Young | Allstate Vehicle and Property Ins. Company | 2:22-cv-3579 | Barbier | Roby |

Signed this 23rd day of October 2023 in New Orleans, LA,

                                                                MICHAEL B. NORTH  
                                                          UNITED STATES MAGISTRATE JUDGE