UNITED STATES DISTRICT COURT

EASTERN DISTRICT COURT OF LOUISIANA

| | |
|---|---|
| ANITA ROBERTSON | CIVIL ACTION NO. 23-1380 |
| VERSUS | JUDGE: HON. SUSIE MORGAN |
| STATE FARM FIRE AND CASUALTY COMPANY | SECTION: E (2) |
| | MAGISTRATE: CURRAULT |

## PLAINTIFF'S WILL CALL WITNESS LIST

Plaintiff designates the following individuals to its Will Call Witness List:

1. Gary Sanders, GLS & Associates;

2. Anita Robertson;

3. Each Contractor, currently working on the home;

4. Lashawna Williamson, the field adjuster who completed the on-site inspection of the property, either individually or in her capacity as a contractor or employee for State Farm;

5. The 30(b)(6) deponent soon-to-be-designated by State Farm;

6. All persons designated by Defendant as will call/may call witness;

7. Any persons needed to authenticate any documents provided to the Defendants thus far in this matter;

8. Any person needed to impeach any Defense Witnesses or legal theories or documents.

RESPECTFULLY SUBMITTED:

/s/ Justin L. Winch, Esq.

_____
Justin L. Winch, Esq.

*Attorney, Member*
**WINCH LAW FIRM, LLC**
404 Stafford Place

New Orleans, LA 70124
Cell: (504) 214-3400
justin.winch@winchlawfirm.com

## **CERTIFICATE OF SERVICE**

   This witness list was filed on behalf of Plaintiff, on 3/25/2024 via CM/ECF. All service was also provided via CM/ECF.

                                                      _____
                                                    Justin L. Winch, Esq.