UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ANITA ROBERTSON | * | CIVIL ACTION: 2:23-CV-01380 |
| | * | |
| VERSUS | * | JUDGE: MORGAN |
| | * | |
| STATE FARM FIRE AND | * | |
| CASUALTY COMPANY | * | MAGISTRATE: CURRAULT |
| | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEFENDANT STATE FARM FIRE AND CASUALTY COMPANY'S
WITNESS AND EXHIBIT LIST**

**SECOND AMENDED WITNESS LIST**

State Farm amends and revises its previously filed witness and exhibit list as follows:

Defendant State Farm Fire and Casualty may call any of the following witnesses at trial of this matter:

1. Plaintiff Anita Robertson
   1467 Cabrini Court
   New Orleans, LA 70122

2. State Farm adjusters inspecting the subject property and/or preparing an estimate of the damage to the subject property, and/or adjusting the claim, including, but not limited to:

   a. Tylor Weeks, Claim Adjuster

   2036 Stagecoach Trail
   Heartland, TX 75126

   Mr. Weeks may testify to facts within his personal knowledge regarding the inspection of the subject property, the State Farm estimate, the nature, scope, causation and pricing of the damage observed during State Farm's inspections of the subject property, and applicable coverages/coverage denials.

5433459v.1

b.  Glenn Daniel, Claim Adjuster

   16607 White Star Drive
   Houston, TX 77062

   Mr. Daniel may testify to facts within his personal knowledge regarding the State Farm estimate, adjustment of the claim, the nature, scope, causation and pricing of the damage observed during State Farm's inspections of the subject property and applicable coverages/coverage denials.

c.  Joe Marler, Claim Adjuster

   1128 Phillips Road
   East Bend, NC 27018

   Mr. Marler may testify to facts within his personal knowledge regarding the State Farm estimate, adjustment of the claim, the nature, scope, causation and pricing of the damage observed during State Farm's inspections of the subject property and applicable coverages/coverage denials. Mr. Marler may also testify to State Farm's communications with BioResponse and ASAP General Contractors.

d.  Amanda Bryan, State Farm Claim Adjuster
   1 State Farm Plz
   # A-2
   Bloomington, IL 61701

   Ms. Bryan may testify to facts within her personal knowledge regarding the adjustment of the claim, submission of estimate from ASAP General Contractors for roof replacement, reconciliation of the ASAP General Contractors' estimate, and interactions with Plaintiff and ASAP General Contractors. Ms. Bryan may also testify about the nature, scope, causation and pricing of the damage observed during State Farm's inspections of the subject property, the State Farm estimate, and applicable coverages/coverage denials.

e.  Wendy Cummings, Claim Adjuster

   420 San Destin Drive SE
   Winter Haven, FL 33881

   Ms. Cummings may testify to facts within her personal knowledge regarding the adjustment of the claim and the reconciliation of the estimate prepared by GLS & Associates. Ms. Cummings may also testify about the nature, scope, causation and pricing of the damage observed during State Farm's inspections of the subject property and applicable coverages/coverage denials.

3. Michael D. Williamson, P.E.
   Donan Engineering Co., Inc.
   12450 Lake Station Place
   Louisville, KY 40299

   Mr. Williamson may testify about his inspection of the property located at 1467 Cabrini Court, New Orleans, Louisiana 70122 as well as his conclusions as to the nature, extent, and cause of the alleged property damage contained in his report, which was previously produced as ROBERTSON _V_SFF&CC 000274-00293.

4. Gary Sanders, GLS & Associates, on cross-examination.
   16515 RR 12, suite 416
   Wimberly, TX 78676

5. Wesley Wyman, on cross-examination.

6. John Armstrong, on cross-examination.

7. ASAP General Contractors, on cross examination.

8. Roy M. Carruba, P.E., Carruba Engineering, on cross examination.
   3400 Hessmer Ave.
   Metairie, LA 70002

9. A corporate representative of State Farm to be determined following designation of witness(es) for corporate deposition of State Farm once scope of corporate deposition agreed to by the parties and protective order is entered

   The State Farm corporate representative may testify about the handling of Plaintiff's claim, dates documents and correspondence were received, dates and amounts of payments made, reconciliation of the estimates submitted by ASAP General Contractors and GLS & Associates, State Farm's general claim handling procedures, and the information contained in the Claim File.

   State Farm will provide witness' address(es) for subpoena once the corporate witness(es) is/are identified.

10. A medical doctor to rebut any medical testimony Plaintiff offers at trial.

    A medical rebuttal witness may testify to refute Plaintiff's claims of mold exposure injuries should Plaintiff offer such testimony at trial.

11. Any additional fact or expert witnesses needed to rebut any testimony or report generated by Plaintiff's experts in accordance with Federal Rule of Civil Procedure 26(a)(2)(D)(ii).

12. Any witnesses needed to authenticate a document.

- 3 -

5433459v.1

3. Michael D. Williamson, P.E.
   Donan Engineering Co., Inc.
   12450 Lake Station Place
   Louisville, KY 40299

   Mr. Williamson may testify about his inspection of the property located at 1467 Cabrini Court, New Orleans, Louisiana 70122 as well as his conclusions as to the nature, extent, and cause of the alleged property damage contained in his report, which was previously produced as ROBERTSON _V_SFF&CC 000274-00293.

4. Gary Sanders, GLS & Associates, on cross-examination.
   16515 RR 12, suite 416
   Wimberly, TX 78676

5. Wesley Wyman, on cross-examination.

6. John Armstrong, on cross-examination.

7. ASAP General Contractors, on cross examination.

8. Roy M. Carruba, P.E., Carruba Engineering, on cross examination.
   3400 Hessmer Ave.
   Metairie, LA 70002

9. A corporate representative of State Farm to be determined following designation of witness(es) for corporate deposition of State Farm once scope of corporate deposition agreed to by the parties and protective order is entered

   The State Farm corporate representative may testify about the handling of Plaintiff's claim, dates documents and correspondence were received, dates and amounts of payments made, reconciliation of the estimates submitted by ASAP General Contractors and GLS & Associates, State Farm's general claim handling procedures, and the information contained in the Claim File.

   State Farm will provide witness' address(es) for subpoena once the corporate witness(es) is/are identified.

10. A medical doctor to rebut any medical testimony Plaintiff offers at trial.

    A medical rebuttal witness may testify to refute Plaintiff's claims of mold exposure injuries should Plaintiff offer such testimony at trial.

11. Any additional fact or expert witnesses needed to rebut any testimony or report generated by Plaintiff's experts in accordance with Federal Rule of Civil Procedure 26(a)(2)(D)(ii).

12. Any witnesses needed to authenticate a document.

13. Any person who testifies at a deposition in this matter.

14. Any person identified in Plaintiff's witness list.

**REVISED EXHIBIT LIST**

State Farm may offer any of the following exhibits into evidence at trial:

1. State Farm's Claim File, previously produced as ROBERTSON_V_SFF&CC 000059-002421 including, but not limited to, State Farm's estimates, report of Donan Engineering, and estimates and invoices submitted by Plaintiff.

2. State Farm's Underwriting File, previously produced as ROBERTSON_V_SFF&CC 02422-002700,

3. Certified State Farm Policy, previously produced as ROBERTSON_V_SFF&CC 000001-000058.

4. Documents produced by Plaintiff, including, but not limited to documents labeled RobertsonStateFarmBDFTH00001-002230, as well as any additional documents to be produced by Plaintiff and any documents produced at the mediation of this matter.

5. State Farm's Operational Guides (to be produced following entry of a protective order).

6. Photographs taken by Donan Engineering, previously produced as ROBERTSON_V_SFF&CC 000283-000293.

7. Figures 1, 2 & 3 from Donan Engineering's report, previously produced as ROBERTSON_V_SFF&CC 000277-278.

8. Figure 4 from Donan Engineering's report, previously produced as ROBERTSON_V_SFF&CC 000280.

9. Figure 5 from Donan Engineering's report, previously produced as ROBERTSON_V_SFF&CC 000281.

10. Photographs of Plaintiff's home from State Farm's inspection following Hurricane Zeta showing pre-existing, non-storm-related damage to the home, produced as ROEBRTSON_V_SFF&CC 002701-002802.

11. Acknowledgement of Conditions for Mitigation of Property in a Special Flood Hazard Area with FEMA Grant Funds, produced as ROBERTSON_V_SFF&CC 002803-2805.

12. Plaintiff's medical records from treatment with Dr. Ralph Junius dated 05/27/23, 06/16/23, and 06/19/23, previously produced by Plaintiff at mediation.

13. Plaintiff's summary health records from treatment with Dr. Tammy Harvey, produced by Plaintiff at mediation.

14. Plaintiff's medical records from treatment with Dr. James Butler dated 04/18/22 and 10/12/22, produced by Plaintiff at mediation.

15. Plaintiff's medical records from Dr. Tammy Harvey, produced as HARVEY 001-163.

16. Plaintiff's pre-Ida and post-Ida medical records from Dr. James C. Butler (awaiting receipt pursuant to subpoena duces tecum).

17. Plaintiff's pre-Ida and post-Ida medical records from Dr. Ralph Junius (awaiting receipt pursuant to subpoena duces tecum).

18. Any document needed for rebuttal or impeachment purposes.

Respectfully submitted,

*/s/ M. Elizabeth Evans Tamporello*
Heather S. Lonian, La. Bar No. 29956, T.A.
Elizabeth E. Tamporello, La. Bar No. 37889
Stone Pigman Walther Wittmann L.L.C.
909 Poydras Street, Suite 3150
New Orleans, Louisiana 70112
Telephone: (504) 581-3200
Facsimile: (504) 581-3361
Email: hlonian@stonepigman.com
etamporello@stonepigman.com

*Attorneys for State Farm Fire and Casualty Company*