UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ANITA ROBERTSON,**<br>    Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-1380** |
| **STATE FARM FIRE AND<br>CASUALTY COMPANY,**<br>    Defendant | **SECTION: "E" (2)** |

## ORDER

Pursuant to the Court's Scheduling Order,[1] Witness Lists and Exhibit Lists were to be filed and served by March 5, 2024. Plaintiff did not file her first witness list until March 25, 2024,[2] and has yet to file her Exhibit List. Plaintiff filed her "Amended May Call Witness List" later in the day on March 25, 2024.[3]

At the March 25, 2025, telephone status conference,[4] the parties discussed whether Plaintiff planned to call an engineer from Caruba Engineering as an expert. Plaintiff's counsel clarified that he would call an engineering expert only if the Defendant called an engineering expert. Counsel for Defendant clarified that she did not intend to call an engineering expert. Accordingly, in the Court's minute entry after the status conference, the Court clarified that Plaintiff will not be allowed to call an engineering expert as a witness.[5] Despite this language in the minute entry, Plaintiff listed a witness as a "[r]epresentative for Caruba Engineering."[6] Plaintiff will not be permitted to call this engineer as a witness.

---

[1] R. Doc. 13.
[2] R. Doc. 21.
[3] R. Doc. 23.
[4] R. Doc. 25.
[5] *Id.* at p. 2.
[6] R. Doc. 23 at p. 1 ¶ 7.

1

**IT IS ORDERED** that **by Wednesday, March 27, 2024**, Plaintiff file her exhibit list that complies with this Court's with this Court's directives. Plaintiff's counsel is directed to carefully review the Pretrial Notice[7] attached to the Amended Scheduling Order to understand the requirements for witness lists and exhibits lists. Failure to timely file an exhibit list may result in the Plaintiff not being allowed to introduce any exhibits into evidence at trial.

**New Orleans, Louisiana, this 27th day of March, 2024.**

                                                  _____
                                                **SUSIE MORGAN**
                                 **UNITED STATES DISTRICT JUDGE**

---

[7] R. Doc. 25-1.